**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Melinda Ebling                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-12580 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                                 Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
28 Sep 2021, 09:41:35, EDT

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322