**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Melinda Ebling**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Nationstar Mortgage LLC d/b/a Mr. Cooper**<br>　　　　　　　　　　**Movant**<br>　　　vs.<br><br>**Melinda Ebling**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Scott F. Waterman**,<br>　　　　　　　　　　**Trustee** | **BK NO. 21-12580 PMM**<br><br>**Chapter 13** |

**CERTIFICATE OF SERVICE
NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE
COVID-19 PANDEMIC**

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 03, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Melinda Ebling
302 Faith Drive
Blandon, PA 19510

<u>Attorney for Debtor(s)</u>
Brenna Hope Mendelsohn, Esq.
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>January 03, 2022</u>

　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com