# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melinda Ebling <br>      Debtor(s) <br><br> Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns <br>      Movant <br>  vs. <br><br> Melinda Ebling <br>      Debtor(s) <br><br> Scott F. Waterman <br>      Trustee | CHAPTER 13 <br><br> NO. 21-12580 PMM <br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **November 10, 2021, docket number 12**.

            Respectfully submitted,

            /s/ Rebecca A. Solarz, Esq.
            ―――――――――――――――――――
            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            Phone: (215)-627-1322

Dated: January 26, 2022