United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Melinda Ebling  
    Debtor

Case No. 21-12580-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jan 27, 2022      Form ID: 155      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melinda Ebling, 302 Faith Dr., Blandon, PA 19510-9603 |
| 14639399 | + | /s/Allison J. Kiffin, Esq., c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 14639400 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 14637261 | | Branch B&t, Credit Card Disputes, Wilson, NC 27894 |
| 14637273 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 14652550 | + | Lakeview Loan Servicing, LLC at. el, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14652921 | + | Lakeview Loan Servicing, LLC at. el, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14653111 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14637274 | + | Nabil S. Mualiem MD PC, 1330 Penn Ave., Reading, PA 19610-2148 |
| 14639749 | + | Natinstar Mortgage LLC d/b/a Mr. Cooper, c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14637276 | + | Reading Dermatology Associates PC, 3317 Penn Avenue, Reading, PA 19609-1436 |
| 14637278 | + | Tower Health, PO BOX 825602, Philadelphia, PA 19182-5602 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14637259 | + | Email/Text: bankruptcycare@affinityfcu.com | Jan 27 2022 23:44:00 | Affinity Fcu, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 14637260 | + | Email/Text: bankruptcy@bbandt.com | Jan 27 2022 23:44:00 | Bb & T, 4251 Fayetteville Rd, Lumberton, NC 28358-2678 |
| 14642658 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2022 23:47:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14637262 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:47:44 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14637264 | + | Email/Text: clientservices@credit-control.com | Jan 27 2022 23:44:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628-6404 |
| 14637265 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:44:00 | Comenitybank/playstatn, Po Box 182789, Columbus, OH 43218-2789 |
| 14637266 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:44:00 | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 14637267 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:44:00 | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 14637268 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 27 2022 23:44:00 | Credit Card/fb&t, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 14637269 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2022 23:47:40 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14638527 | | Email/Text: mrdiscen@discover.com | Jan 27 2022 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14637270 | + | Email/Text: mrdiscen@discover.com | Jan 27 2022 23:44:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: 155 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | DE 19850-5316 |
| 14637271 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 27 2022 23:45:00 | Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 14637272 | + | Email/Text: Harris@ebn.phinsolutions.com | Jan 27 2022 23:45:00 | Harris & Harris Ltd, 111 West Jackson Boulevard, Chicago, IL 60604-4135 |
| 14650079 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:47:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14637275 | + | Email/Text: bankruptcy@ncaks.com | Jan 27 2022 23:44:00 | National Credit Adjust, P.o. Box 550, Hutchinson, KS 67504-0550 |
| 14651663 | | Email/Text: bankruptcy@ncaks.com | Jan 27 2022 23:44:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 14650414 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14650413 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14650415 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 23:44:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14637277 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:47:39 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14637328 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:47:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14637684 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:47:39 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14652248 | + | Email/Text: bankruptcy@bbandt.com | Jan 27 2022 23:44:00 | Truist Bank, Bankruptcy Section, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14637263 | *+ | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022     Signature:     /s/Joseph Speetjens

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: 155 | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Melinda Ebling tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Melinda Ebling
       Debtor(s)                                                                                            Chapter: 13

                                                                                             Bankruptcy No: 21−12580−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 27, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                            Patricia M. Mayer
                                                                            Judge ,
                                                                            United States Bankruptcy Court

                                                                                                                         19
                                                                                                                     Form 155