UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  MELINDA EBLING                                Case No. 21-12580 PMM
                  Debtor                              Chapter 13
                                                     HEARING: March 29, 2022

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE OF MARCH 29, 2022 AT 10:30 AM

      Affinity Federal Credit Union has filed with the US Bankruptcy Court a Motion for Relief from Stay Regarding a 2021 Kia Telluride Motor Vehicle.

      **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)

      1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then **on or before March 16, 2022,** you or your attorney must do BOTH of the following things:

      (a) **FILE AN ANSWER** explaining your position at:
                Clerk, United States Bankruptcy Court
                Gateway Building
                201 Penn Street, Suite 103
                Reading, PA 19601

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above;
**AND**    (b) **MAIL A COPY** of the documents to the Movant's attorney:
                William B. Callahan, Esquire
                2500 East High Street, Building 700
                Pottstown, PA 19464
                Telephone No. 484.680.0552
                Facsimile No. 610.906.1575
                e-mail: bill@billcallahanlaw.com

      2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A **HEARING ON THE MOTION** is scheduled to be held before the Hon. Patricia M. Mayer on **March 29, 2022 AT 10:00 AM** at the United States Bankruptcy Court, Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601

      4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Court Clerk's office at (610) 208-5044 to find out whether the hearing has been canceled because no one filed an answer.

DATE: February 28, 2022