**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  MELINDA EBLING            Case No. 21-12580 PMM
       Debtor            Chapter 13
                         HEARING: March 29, 2022

**CERTIFICATION OF NO RESPONSE TO MOTION OF**
**AFFINITY FEDERAL CREDIT UNION FOR RELIEF FROM STAY**

I hereby certify that no answer, objection, or response has been filed to the Motion of Affinity Federal Credit Union for Relief from the Automatic Stay, nor has the same been served upon Affinity Federal Credit Union's counsel.

WHEREFORE, Affinity Federal Credit Union prays this Honorable Court for an Order granting it relief from the Automatic Stay as requested in the Motion.

Date:  March 17, 2022

                                      /s/ William B. Callahan
                                      William B. Callahan, Esquire
                                      Law Offices of William B. Callahan
                                      2500 East High Street, Building 700
                                      Pottstown, PA 19464
                                      (484) 680-0552
                                      bill@billcallahanlaw.com

Copies served by first class mail and/or by electronic means on this date to:

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

Brenna Hope Mendelsohn
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601
tobykmendelsohn@comcast.net