UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  MELINDA EBLING          Case No. 21-12580 PMM
                Debtor          Chapter 13
                                            HEARING: March 29, 2022

### ORDER GRANTING AFFINITY FEDERAL CREDIT UNION RELIEF FROM STAY Re: 2021 KIA TELLURIDE

AND NOW, this 29th day of March 2022, in consideration of the Motion of Affinity Federal Credit Union for Relief from the Automatic Stay, there being no response thereto, it is hereby ORDERED, ~~effective immediately:~~

Affinity Federal Credit Union is granted relief from the Automatic Stays of Bankruptcy Code 362a/1301, and is free to exercise all of its state law rights of a lienholder on a 2021 Kia Telluride motor vehicle.

BY THE COURT:

*Patricia M. Mayer*
_____
Bankruptcy Judge

**Date: March 29, 2022**

**Interested Parties:**

William B. Callahan, Esquire
Law Offices of William B. Callahan
2500 East High Street, Building 700
Pottstown, PA 19464

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

Brenna Hope Mendelsohn
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601
tobykmendelsohn@comcast.net