United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 21-12580-pmm
Melinda Ebling     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Mar 30, 2022     Form ID: pdf900     Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melinda Ebling, 302 Faith Dr., Blandon, PA 19510-9603 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 30 2022 23:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 30 2022 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 30 2022 23:52:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920, UNITED STATES 07920-2332 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2022 00:05:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 10 |

Date: Apr 01, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

**Name**                **Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Melinda Ebling tobykmendelsohn@comcast.net

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM B. CALLAHAN
    on behalf of Creditor Affinity Federal Credit Union bill@billcallahanlaw.com

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: MELINDA EBLING
            Debtor

Case No. 21-12580 PMM
Chapter 13
HEARING: March 29, 2022

### ORDER GRANTING AFFINITY FEDERAL CREDIT UNION RELIEF FROM STAY Re: 2021 KIA TELLURIDE

AND NOW, this 29th day of March 2022, in consideration of the Motion of Affinity Federal Credit Union for Relief from the Automatic Stay, there being no response thereto, it is hereby ORDERED, ~~effective immediately.~~

Affinity Federal Credit Union is granted relief from the Automatic Stays of Bankruptcy Code 362a/1301, and is free to exercise all of its state law rights of a lienholder on a 2021 Kia Telluride motor vehicle.

BY THE COURT:

*Patricia M. Mayer*
_____
Bankruptcy Judge

**Date: March 29, 2022**

**Interested Parties:**

William B. Callahan, Esquire
Law Offices of William B. Callahan
2500 East High Street, Building 700
Pottstown, PA 19464

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

Brenna Hope Mendelsohn
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601
tobykmendelsohn@comcast.net