UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Melinda Ebling,                               : Chapter 13 Bankruptcy
                                                      : Bankruptcy No. 21-12580-pmm
      Debtor               : HEARING DATE: July 21, 2022
                                                      : at 10:00 a.m.

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

  Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C./Movant has filed a Motion to Modify Plan on behalf of Melinda Ebling.

  **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an Attorney, you may wish to consult an Attorney.)**

   1.  If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your review on the Motion, then on or before July 12, 2022, you or your attorney must do all of the following:

     a)  File an Answer explaining your position at:

      United States Bankruptcy Court
      Eastern District of Pennsylvania
      Gateway Building,
      201 Penn St.,
      Suite 103
      Reading, PA 19601

      If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

     b)  Mail a copy to the Movant's Attorney:

      Mendelsohn & Mendelsohn, P.C.
      Attention: Brenna H. Mendelsohn, Esquire
      637 Walnut Street
      Reading, PA 19601
      Telephone: (610) 374-8088
      Facsimile: (610) 478-1260

   2.  If you or your attorney do not take the steps described in 1a) and 1b) above

        and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A Hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on July 21, 2022 at 10:00 a.m. Gateway Building, 201 Penn St., 4th Floor Courtroom Reading, PA 19601. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1b).

4. You may contact the Court directly at (610) 208-5040 to find out whether the Hearing has been cancelled because no one filed an Answer.

Dated: June 21, 2022

/s/ Brenna H. Mendelsohn
BRENNA MENDELSOHN, ESQ.
Mendelsohn & Mendelsohn, P.C.
Attorney for Debtor