| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-12580-PMM

Melinda Ebling
302 Faith Dr.
Blandon  PA    19510

Petition Filed Date: 09/19/2021
341 Hearing Date: 10/19/2021
Confirmation Date: 01/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/25/2021 | $165.00 | | 11/22/2021 | $165.00 | | 12/28/2021 | $165.00 | |
| 01/31/2022 | $165.00 | | 02/22/2022 | $165.00 | | 03/21/2022 | $165.00 | |
| 04/25/2022 | $165.00 | | 05/23/2022 | $165.00 | | 06/21/2022 | $165.00 | |
| 07/18/2022 | $398.00 | | | | | | | |

**Total Receipts for the Period: $1,883.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,883.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,650.00 | $1,062.60 | $2,587.40 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,507.91 | $0.00 | $2,507.91 |
| 2 | AFFINITY FEDERAL CREDIT UNION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $1,687.64 | $0.00 | $1,687.64 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $2,000.58 | $0.00 | $2,000.58 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $700.26 | $0.00 | $700.26 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $649.35 | $0.00 | $649.35 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $973.65 | $0.00 | $973.65 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $930.92 | $0.00 | $930.92 |
| 9 | QUANTUM3 GROUP LLC<br>»» 009 | Unsecured Creditors | $620.83 | $0.00 | $620.83 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $933.01 | $0.00 | $933.01 |
| 11 | NATIONAL CREDIT ADJUSTERS LLC<br>»» 011 | Unsecured Creditors | $268.43 | $0.00 | $268.43 |
| 12 | TRUIST BANK<br>»» 012 | Unsecured Creditors | $265.50 | $0.00 | $265.50 |
| 13 | TRUIST BANK<br>»» 013 | Unsecured Creditors | $3,742.23 | $0.00 | $3,742.23 |
| 14 | NATIONSTAR MORTGAGE LLC<br>»» 014 | Mortgage Arrears | $2,871.97 | $0.00 | $2,871.97 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $0.00 | $1,290.00 |

**Chapter 13 Case No. 21-12580-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $0.00 | $1,290.00 |
| 15 | NATIONSTAR MORTGAGE LLC<br>»»  14p | Secured Creditors | $9,805.79 | $0.00 | $9,805.79 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,883.00 | Current Monthly Payment: | $165.00 |
| Paid to Claims: | $1,062.60 | Arrearages: | ($233.00) |
| Paid to Trustee: | $150.64 | Total Plan Base: | $9,570.00 |
| Funds on Hand: | $669.76 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.