| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 21-12580-PMM**

Melinda Ebling                                         Petition Filed Date: 09/19/2021
302 Faith Dr.                                          341 Hearing Date: 10/19/2021
Blandon   PA    19510                                  Confirmation Date: 01/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $398.00 | | 09/19/2022 | $398.00 | | 10/18/2022 | $398.00 | |
| 11/21/2022 | $398.00 | | 12/19/2022 | $398.00 | | 01/17/2023 | $398.00 | |
| 02/10/2023 | $398.00 | | 03/13/2023 | $398.00 | | 04/24/2023 | $398.00 | |
| 05/22/2023 | $398.00 | | 06/29/2023 | $398.00 | | 07/17/2023 | $398.00 | |

**Total Receipts for the Period:  $4,776.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,659.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $2,507.91 | $0.00 | $2,507.91 |
| 2 | AFFINITY FEDERAL CREDIT UNION<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»»  003 | Unsecured Creditors | $1,687.64 | $0.00 | $1,687.64 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $2,000.58 | $0.00 | $2,000.58 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $700.26 | $0.00 | $700.26 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $649.35 | $0.00 | $649.35 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  007 | Unsecured Creditors | $973.65 | $0.00 | $973.65 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  008 | Unsecured Creditors | $930.92 | $0.00 | $930.92 |
| 9 | QUANTUM3 GROUP LLC<br>»»  009 | Unsecured Creditors | $620.83 | $0.00 | $620.83 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  010 | Unsecured Creditors | $933.01 | $0.00 | $933.01 |
| 11 | NATIONAL CREDIT ADJUSTERS LLC<br>»»  011 | Unsecured Creditors | $268.43 | $0.00 | $268.43 |
| 12 | TRUIST BANK<br>»»  012 | Unsecured Creditors | $265.50 | $0.00 | $265.50 |
| 13 | TRUIST BANK<br>»»  013 | Unsecured Creditors | $3,742.23 | $0.00 | $3,742.23 |
| 14 | NATIONSTAR MORTGAGE LLC<br>»»  014 | Mortgage Arrears | $2,871.97 | $0.00 | $2,871.97 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 21-12580-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,170.36 | $119.64 |
| 15 | NATIONSTAR MORTGAGE LLC<br>»» 14P | Mortgage Arrears | $9,805.79 | $0.00 | $9,805.79 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,659.00 | Current Monthly Payment: | $397.58 |
| Paid to Claims: | $6,110.36 | Arrearages: | $227.12 |
| Paid to Trustee: | $548.64 | Total Plan Base: | $21,994.16 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.