Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 21-12580-PMM**

Melinda Ebling  
302 Faith Dr.  
Blandon  PA   19510

Petition Filed Date: 09/19/2021  
341 Hearing Date: 10/19/2021  
Confirmation Date: 01/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $398.00 | | 09/25/2023 | $398.00 | | 10/23/2023 | $398.00 | |
| 11/16/2023 | $398.00 | | 12/14/2023 | $398.00 | | 01/16/2024 | $398.00 | |
| 02/27/2024 | $398.00 | | 03/25/2024 | $398.00 | | 04/22/2024 | $398.00 | |
| 05/20/2024 | $398.00 | | 06/25/2024 | $398.00 | | 07/23/2024 | $398.00 | |

**Total Receipts for the Period:** $4,776.00    **Amount Refunded to Debtor Since Filing:** $0.00    **Total Receipts Since Filing:** $11,833.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $2,507.91 | $0.00 | $2,507.91 |
| 2 | AFFINITY FEDERAL CREDIT UNION »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $1,687.64 | $0.00 | $1,687.64 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $2,000.58 | $0.00 | $2,000.58 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $700.26 | $0.00 | $700.26 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $649.35 | $0.00 | $649.35 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $973.65 | $0.00 | $973.65 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $930.92 | $0.00 | $930.92 |
| 9 | QUANTUM3 GROUP LLC »» 009 | Unsecured Creditors | $620.83 | $0.00 | $620.83 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 010 | Unsecured Creditors | $933.01 | $0.00 | $933.01 |
| 11 | NATIONAL CREDIT ADJUSTERS LLC »» 011 | Unsecured Creditors | $268.43 | $0.00 | $268.43 |
| 12 | TRUIST BANK »» 012 | Unsecured Creditors | $265.50 | $0.00 | $265.50 |
| 13 | TRUIST BANK »» 013 | Unsecured Creditors | $3,742.23 | $0.00 | $3,742.23 |
| 14 | NATIONSTAR MORTGAGE LLC »» 014 | Mortgage Arrears | $2,871.97 | $948.45 | $1,923.52 |

**Chapter 13 Case No. 21-12580-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 15 | NATIONSTAR MORTGAGE LLC »» 14P | Mortgage Arrears | $9,805.79 | $3,238.27 | $6,567.52 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,833.00 | Current Monthly Payment: | $397.58 |
| Paid to Claims: | $10,416.72 | Arrearages: | $221.66 |
| Paid to Trustee: | $1,058.08 | Total Plan Base: | $21,994.16 |
| Funds on Hand: | $358.20 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.