| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 21-12580-PMM**

Melinda Ebling
302 Faith Dr.
Blandon  PA    19510

Petition Filed Date: 09/19/2021
341 Hearing Date: 10/19/2021
Confirmation Date: 01/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2024 | $398.00 | | 09/24/2024 | $398.00 | | 10/22/2024 | $398.00 | |
| 11/19/2024 | $398.00 | | 12/26/2024 | $398.00 | | 01/27/2025 | $398.00 | |
| 02/20/2025 | $398.00 | | 03/27/2025 | $398.00 | | 04/23/2025 | $398.00 | |
| 05/23/2025 | $398.00 | | 06/20/2025 | $398.00 | | 07/25/2025 | $398.00 | |

**Total Receipts for the Period: $4,776.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,609.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $2,507.91 | $0.00 | $2,507.91 |
| 2 | AFFINITY FEDERAL CREDIT UNION »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $1,687.64 | $0.00 | $1,687.64 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $2,000.58 | $0.00 | $2,000.58 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $700.26 | $0.00 | $700.26 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $649.35 | $0.00 | $649.35 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $973.65 | $0.00 | $973.65 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $930.92 | $0.00 | $930.92 |
| 9 | QUANTUM3 GROUP LLC »» 009 | Unsecured Creditors | $620.83 | $0.00 | $620.83 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 010 | Unsecured Creditors | $933.01 | $0.00 | $933.01 |
| 11 | NATIONAL CREDIT ADJUSTERS LLC »» 011 | Unsecured Creditors | $268.43 | $0.00 | $268.43 |
| 12 | TRUIST BANK »» 012 | Unsecured Creditors | $265.50 | $0.00 | $265.50 |
| 13 | TRUIST BANK »» 013 | Unsecured Creditors | $3,742.23 | $0.00 | $3,742.23 |
| 14 | RUSHMORE SERVICING »» 014 | Mortgage Arrears | $2,871.97 | $2,029.03 | $842.94 |

**Chapter 13 Case No. 21-12580-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 15 | RUSHMORE SERVICING »» 14P | Mortgage Arrears | $9,805.79 | $6,927.72 | $2,878.07 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,609.00 | Current Monthly Payment: | $397.58 |
| Paid to Claims: | $15,186.75 | Arrearages: | $216.62 |
| Paid to Trustee: | $1,422.25 | Total Plan Base: | $21,994.16 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.