Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Melinda Ebling
302 Faith Dr.
Blandon, PA 19510

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 21-12580-PMM**

Petition Filed Date: 09/19/2021
341 Hearing Date: 10/19/2021
Confirmation Date: 01/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2025 | $398.00 | | 09/29/2025 | $398.00 | | 10/24/2025 | $398.00 | |
| 12/02/2025 | $398.00 | | 12/30/2025 | $398.00 | | 01/28/2026 | $398.00 | |
| 02/24/2026 | $398.00 | | 03/26/2026 | $398.00 | | 04/27/2026 | $398.00 | |
| 05/28/2026 | $398.00 | | 06/25/2026 | $398.00 | | 07/21/2026 | $398.00 | |

**Total Receipts for the Period: $4,776.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $21,385.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,507.91 | $53.93 | $2,453.98 |
| 2 | AFFINITY FEDERAL CREDIT UNION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $1,687.64 | $36.29 | $1,651.35 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $2,000.58 | $43.02 | $1,957.56 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $700.26 | $15.06 | $685.20 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $649.35 | $0.00 | $649.35 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $973.65 | $20.94 | $952.71 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $930.92 | $20.02 | $910.90 |
| 9 | QUANTUM3 GROUP LLC<br>»» 009 | Unsecured Creditors | $620.83 | $0.00 | $620.83 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $933.01 | $20.06 | $912.95 |
| 11 | NATIONAL CREDIT ADJUSTERS LLC<br>»» 011 | Unsecured Creditors | $268.43 | $0.00 | $268.43 |
| 12 | TRUIST BANK<br>»» 012 | Unsecured Creditors | $265.50 | $0.00 | $265.50 |

**Chapter 13 Case No. 21-12580-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | TRUIST BANK<br>»» 013 | Unsecured Creditors | $3,742.23 | $80.48 | $3,661.75 |
| 14 | RUSHMORE SERVICING<br>»» 014 | Mortgage Arrears | $2,871.97 | $2,871.97 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 15 | RUSHMORE SERVICING<br>»» 14P | Mortgage Arrears | $9,805.79 | $9,805.79 | $0.00 |
| 16 | GENESIS FINANCIAL SOLUTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | HARRIS AND HARRIS LTD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | KEYSTONE COLLECTION SVCS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | NAGIL S MUALLEM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | READING DERMATOLOGY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | TOWER HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,385.00 | Current Monthly Payment: | $397.58 |
| Paid to Claims: | $19,197.56 | Arrearages: | $211.58 |
| Paid to Trustee: | $1,781.29 | Total Plan Base: | $21,994.16 |
| Funds on Hand: | $406.15 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.